NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JAMES JEFFERY CARON** AND
**SPELLBINDERS PAPER ARTS COMPANY, LLC,**
*Plaintiffs-Appellants,*

**v.**

**LIFESTYLE CRAFTS, LLC,**
*Defendant-Appellee,*

AND

**QUICKUTZ, INC.,**
*Defendant-Appellee.*

_____

2013-1081, -1115

_____

Appeals from the United States District Court for the District of Arizona in No. 09-CV-2600, Judge Neil V. Wake.

_____

**JUDGMENT**

_____

TIMOTHY BERG, Fennemore Craig, P.C., of Phoenix, Arizona, argued for plaintiffs-appellants. With him on the brief was SUSAN E. CHETLIN.

JARED L. CHERRY, Phillips Ryther & Winchester, LLC, of Salt Lake City, Utah, argued for defendant-appellee, Quickutz, Inc. With him on the brief were GREGORY D. PHILLIPS and MATTHEW D. THAYNE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 12, 2013 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk |